IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVIN WADE, JR., #464444, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 18-cv-01185-JPG ) |
| BRIAN SABO, KARL PUNNIER, CHARLES GERMAINE, THOMAS MESSE, C/O JOHNSON, MICHAEL BATNAK, SGT. COOK, and C/O ZANTE, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF IMPENDING DISMISSAL

**GILBERT, District Judge:**

On June 1, 2018, Plaintiff Devin Wade, Jr., a former detainee at St. Clair County Jail, filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. (Doc. 1). According to the Complaint, the doors that secure A-Block have broken locks. (Doc. 1, pp. 1-3). In May 2018, Plaintiff was involved in an altercation with another inmate who entered the A-Block through the unlocked doors and attacked him. *Id*. Plaintiff seeks monetary relief against those Jail officials who ignored his complaints about the security issues posed by the doors. (Doc. 1, p. 4).

This case was opened without the payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On June 4, 2018, the Clerk of Court sent Plaintiff a letter concerning the action. (Doc. 3). In it, Plaintiff was advised that he must pay the filing fee of $400.00 or file an IFP Motion within thirty (30)

1

days (*i.e.*, on or before **July 5, 2018**). *Id*. He was warned that failure to do so may result in dismissal of the action. *Id*. Included with this letter was a form IFP Motion. (Doc. 3-1, pp. 1-3).

To date, Plaintiff has failed to pay the filing fee for the action or file an IFP Motion. He has instead filed several copies of his trust fund statement ("TFS"), but none of them are certified by the Jail's trust fund officer. (*See* Docs. 4-6). Without a properly completed IFP Motion, which includes answers to all questions set forth in the form IFP Motion and a certified TFS for the applicable time period (*i.e.*, 12/1/2017 through 6/1/18), the Court cannot rule on Plaintiff's request to proceed as a poor person or screen his Complaint pursuant to 28 U.S.C. § 1915A. Although Plaintiff will be given an additional twenty-one (21) days to pay his filing fee or submit a properly completed IFP application, he is **WARNED** that the case shall be dismissed if he fails to comply with this Order. *See* FED. R. CIV. P. 41(b).

Accordingly, Plaintiff is **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **August 14, 2018**. If Plaintiff files an IFP Motion, the Court will then review his trust fund account statement for the 6-month period immediately preceding the filing of this action. Thus, he must have the Trust Fund Officer at the Jail complete the attached certification and provide a copy of his certified trust fund account statement (or institutional equivalent) for the period 12/1/2017 through 6/1/18. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk has already provided Plaintiff with a copy of the form IFP Motion along with Doc. 3 but is **DIRECTED** to send him an additional copy of the form IFP Motion to his new address.

Plaintiff is also **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently

investigate Plaintiff's whereabouts. This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order will result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED: July 24, 2018**

<u>s/J. Phil Gilbert</u>
**District Judge**
**United States District Court**